USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Pamela Hardman | 2:13-cv-02535-JTM-DJW |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Dennis Day | Complaint and Summons |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Dennis Day c/o Johnson County Community College

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

12345 College Blvd., Overland Park, KS 66210-1299

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Pamela Hardman
502 SE 3rd Street, Apt. 5
Kansas City, MO 64063

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

| Date/Time | Status | Location |
|---|---|---|
| October 28, 2013, 5:36 am | Delivered | OVERLAND PARK, KS 66225 |
| October 26, 2013, 3:28 am | Available for Pickup | OVERLAND PARK, KS 66225 |
| October 25, 2013, 8:57 am | Out for Delivery | OVERLAND PARK, KS 66213 |
| October 25, 2013, 8:47 am | Sorting Complete | OVERLAND PARK, KS 66213 |
| October 25, 2013, 4:08 am | Processed through USPS Sort Facility | KANSAS CITY, MO 64121 |
| October 25, 2013 | Depart USPS Sort Facility | KANSAS CITY, MO 64121 |
| October 24, 2013, 9:48 pm | Processed through USPS Sort Facility | KANSAS CITY, MO 64121 |

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

/s/ TJA for Pamela Hardman

TELEPHONE NUMBER: 913-244-8767
DATE: 10/21/2013

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 3
District of Origin: 31
District to Serve: 31
Signature of Authorized USMS Deputy or Clerk
Date: 10/23/13

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 10/28/2013
Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

Certified Article Number
7196 9008 9111 8655 1111
SENDERS RECORD

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8.00 | -0- | -0- | $8.00 | | $0.00 |

REMARKS:
Date summons sent by certified mail (See tracking strip): 10/23/2013
Date of Service (Used USPS Track and Confirm as return receipt not dated.)
Date on Track and Confirm: 11/04/2013

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

https://tools.usps.com/go/TrackConfirmAction.action?tRef=fullpage&tLc=1&tLabels=719...   11/4/2013

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | )
--- | ---
Pamela Hardman | )
*Plaintiff(s)* | )
v. | ) Civil Action No. 2:13-cv-02535-JTM-DJW
Dennis Day | )
*Defendant(s)* | )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Dennis Day
    Johnson County Community College
    12345 College Blvd.
    Overland Park, KS 66210-1299

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Pamela Hardman
    502 SE 3rd Street, Apt. 5
    Kansas City, MO 64063

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                                      *CLERK OF COURT*

Date:   10/21/2013                                                      s/Tami Anthony
                                                                              *Signature of Clerk or Deputy Clerk*

                                                                        TIMOTHY M. O'BRIEN
                                                                        CLERK OF COURT
                                                                        259 Robert J. Dole U.S. Courthouse
                                                                        500 State Ave
                                                                        Kansas City KS 66101-2431

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:13-cv-02535-JTM-DJW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

USPS.com® - USPS Tracking™  Page 1 of 1

English    Customer Service    USPS Mobile    Register / Sign In

**USPS.COM**

Search USPS.com or Track Packages

Quick Tools
Track
Enter up to 10 Tracking # Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Find a ZIP Code™
Hold Mail
Change of Address

Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

## USPS Tracking™



Customer Service ›
Have questions? We're here to help.

Tracking Number: **71969008911186551111**

### Product & Tracking Information

**Postal Product:**    **Features:**
                       Certified Mail™

### Available Options

**Email Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| October 28, 2013, 5:36 am | Delivered | OVERLAND PARK, KS 66225 |
| October 26, 2013, 3:28 am | Available for Pickup | OVERLAND PARK, KS 66225 |
| October 25, 2013, 8:57 am | Out for Delivery | OVERLAND PARK, KS 66213 |
| October 25, 2013, 8:47 am | Sorting Complete | OVERLAND PARK, KS 66213 |
| October 25, 2013, 8:02 am | Arrival at Unit | OVERLAND PARK, KS 66213 |
| October 25, 2013, 4:08 am | Processed through USPS Sort Facility | KANSAS CITY, MO 64121 |
| October 25, 2013 | Depart USPS Sort Facility | KANSAS CITY, MO 64121 |
| October 24, 2013, 9:18 pm | Processed through USPS Sort Facility | KANSAS CITY, MO 64121 |

### Track Another Package

**What's your tracking (or receipt) number?**

Track It

| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
| --- | --- | --- | --- |
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |
| Terms of Use › | Buy Stamps & Shop › | Newsroom › | Postal Inspectors › |
| FOIA › | Print a Label with Postage › | USPS Service Alerts › | Inspector General › |
| No FEAR Act EEO Data › | Customer Service › | Forms & Publications › | Postal Explorer › |
|  | Delivering Solutions to the Last Mile › | Careers › |  |
|  | Site Index › |  |  |

**USPS.COM**  Copyright© 2013 USPS. All Rights Reserved.

https://tools.usps.com/go/TrackConfirmAction.action?tRef=fullpage&tLc=1&tLabels=719...    11/4/2013

2. Article Number

7196 9008 9111 8655 1111

3. Service Type  **CERTIFIED MAIL™**

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

1. Article Addressed to:

DENNIS DAY
JOHNSON COUNTY COMMUNITY COLLEGE
12345 COLLEGE BLVD
OVERLAND PARK, KS 66210-1299

1012999S

PS Form 3811, January

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery

C. Signature
X _____  ☐ Agent  ☐ Addressee

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

Reference Information

13-CV-02535-JTM-DJW

D/KS   KCK   AKUILAN

7196 9008 9111 8655 1111

**TO:** DENNIS DAY
JOHNSON COUNTY COMMUNITY COLLEGE
12345 COLLEGE BLVD
OVERLAND PARK, KS 66210-1299

**SENDER:** D/KS   KCK   AKUILAN

**REFERENCE:** 13-CV-02535-JTM-DJW

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | | |
|---|---|---|
| | Postage | 0.39 |
| | Certified Fee | 2.40 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 2.79 |

**USPS® Receipt for Certified Mail™**

No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

10/23/13